## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

CHICAGO NATIONAL LEAGUE BALL CLUB, L.L.C.
v.
WRIGLEY ROOFTOPS III, L.L.C., d/b/a Wrigley Field Rooftop Club; WRIGLEY ROOFTOPS IV, L.L.C., d/b/a Sheffield Baseball Club; and THOMAS GRAMATIS

Case Number: 08 C 968

JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print) | John R. McCambridge |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ John R. McCambridge |
| FIRM | Grippo & Elden LLC |
| STREET ADDRESS | 111 South Wacker Drive |
| CITY/STATE/ZIP | Chicago, Illinois 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 01812378 |
| TELEPHONE NUMBER | 312-704-7700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

**FILED**
FEBRUARY 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT