**FILED
FEBRUARY 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO NATIONAL LEAGUE BALL CLUB, L.L.C., | ) ) ) | **08 C 968** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WRIGLEY ROOFTOPS III, L.L.C., d/b/a Wrigley Field Rooftop Club; WRIGLEY ROOFTOPS IV, L.L.C., d/b/a Sheffield Baseball Club; and THOMAS GRAMATIS, | ) ) ) ) ) ) | **JUDGE DER-YEGHIAYAN MAGISTRATE JUDGE COX** |
| Defendants. | | |

### CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF CHICAGO NATIONAL LEAGUE BALL CLUB, L.L.C. PURSUANT TO LOCAL RULE 3.2

Plaintiff Chicago National League Ball Club, L.L.C., pursuant to Rule 3.2 of the Local Rules of Civil Procedure, hereby submits this Corporate Disclosure Statement. Chicago National League Ball Club, a Delaware limited liability company, is a wholly owned subsidiary of the Tribune Company, a Delaware corporation. No publicly-held company owns more than 5% of the Tribune Company's stock.

Dated: February 15, 2008

Respectfully submitted,
CHICAGO NATIONAL LEAGUE BALL CLUB,

　　/s/ John R. McCambridge
　　　One of Its Attorneys

John R. McCambridge
Gary M. Miller
GRIPPO & ELDEN
111 South Wacker Drive
Chicago, Illinois 60606
(312) 704-7700

143998v1