## United States District Court for the Northern District of Illinois

Case Number: 08cv968                    Assigned/Issued By: j. n.

Judge Name:                             Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP      ☐ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
                                           _____
☐ Wage-Deduction Garnishment Summons       _____
                                           (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__2__ Original and __2__ copies on __2-19-08__ as to WRIGLEY ROOFTOPS III,
                                       (Date)
LLC; WRIGLEY ROOFTOPS IV, LLC _____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05