## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number: 08-C-968
CHICAGO NATIONAL LEAGUE BALL CLUB, L.L.C.
v.
WRIGLEY ROOFTOPS III, L.L.C., d/b/a Wrigley Field
Rooftop Club; WRIGLEY ROOFTOPS IV, L.L.C., d/b/a
Sheffield Baseball Club; and THOMAS GRAMATIS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| | |
|---|---|
| NAME (Type or print) Gary M. Miller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Gary M. Miller | |
| FIRM Grippo & Elden LLC | |
| STREET ADDRESS 111 South Wacker Drive | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06229867 | TELEPHONE NUMBER 312-704-7700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |