## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 08 CV 968

Chicago National League Ball Club, LLC (Plaintiff)
                    v.
Wrigley Rooftops III, LLC, d/b/a Wrigley Field Rooftop Club;
Wrigley Rooftops IV, LLC, d/b/a Sheffield Baseball Club; and
Thomas Gramatis (Defendants)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Wrigley Rooftops III, LLC, d/b/a Wrigley Field Rooftop Club;
Wrigley Rooftops IV, LLC, d/b/a Sheffield Baseball Club; and
Thomas Gramatis (Defendants)

| | |
|---|---|
| NAME (Type or print) <br> Kenneth K. Dort | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kenneth K. Dort | |
| FIRM <br> McGuireWoods LLP | |
| STREET ADDRESS <br> 77 W. Wacker Drive, Suite 4100 | |
| CITY/STATE/ZIP <br> Chicago/IL/60601 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC No. 6193880 | TELEPHONE NUMBER <br> 312-849-8100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I, George R. Spatz, an attorney, state that on March 31, 2008, in accordance with Local Rules 5.5 and 5.9, the foregoing APPEARANCE OF KENNETH K. DORT was electronically filed with the Clerk of the Court and served upon all counsel of record through the CM-ECF system.

s/ George R. Spatz
One of Defendants' Attorneys