## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO NATIONAL LEAGUE BALL CLUB, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 968 |
| | ) | |
| v. | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| WRIGLEY ROOFTOPS III, L.L.C., d/b/a Wrigley Field Rooftop Club; WRIGLEY ROOFTOPS IV, L.L.C., d/b/a Sheffield Baseball Club; and THOMAS GRAMATIS, | ) ) ) ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   Gary M. Miller, Grippo & Elden LLC, 111 South Wacker Drive, Chicago, IL 60606.

PLEASE TAKE NOTICE that on April 3, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1903, at the Everett McKinley Dirksen Building, and shall then and there present the **Defendants' Motion to Dismiss Count II of First Amended Complaint**, a copy of which is hereby served on you.

Dated:  March 31, 2008

Respectfully submitted,

WRIGLEY ROOFTOPS III, L.L.C. d/b/a
WRIGLEY FIELD ROOFTOP CLUB;
WRIGLEY ROOFTOPS IV, L.L.C. d/b/a
SHEFFIELD BASEBALL CLUB; and
THOMAS GRAMATIS

By:   /s/ Kenneth K. Dort
One of Their Attorneys

Kenneth K. Dort (ARDC No. 6193880)
George R. Spatz (ARDC No. 6237555)
Jeremiah J. Posedel (ARDC No. 6291892)
**MCGUIREWOODS LLP**
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1818
T:  (312) 849-8100
F:  (312) 698-4574

## <u>CERTIFICATE OF SERVICE</u>

I, George R. Spatz, an attorney, state that on March 31, 2008, in accordance with Local Rules 5.5 and 5.9, the foregoing NOTICE OF MOTION and DEFENDANTS' MOTION TO DISMISS COUNT II OF FIRST AMENDED COMPLAINT was electronically filed with the Clerk of the Court and served upon all counsel of record through the CM-ECF system.


    s/   George R. Spatz
One of Defendants' Attorneys