## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHICAGO NATIONAL LEAGUE BALL CLUB, LLC, ) ) ) | |
| Plaintiff, ) ) | Case No. 08 C 968 |
| v. ) ) | Judge Samuel Der-Yeghiayan |
| WRIGLEY ROOFTOPS III, L.L.C., d/b/a Wrigley Field Rooftop Club; WRIGLEY ROOFTOPS IV, L.L.C., d/b/a Sheffield Baseball Club; and THOMAS GRAMATIS, ) ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. ) | |

### NOTICE OF FILING

TO: Gary M. Miller, Grippo & Elden LLC, 111 South Wacker Drive, Chicago, IL 60606.

PLEASE TAKE NOTICE that on March 31, 2008, the undersigned filed with the Clerk of the above Court, the attached **Defendants' Answer and Affirmative Defenses to Plaintiff's First Amended Complaint for Injunction, Damages and Other Relief** a copy of which is hereby served on you.

Dated: March 31, 2008

Respectfully submitted,

WRIGLEY ROOFTOPS III, L.L.C. d/b/a
WRIGLEY FIELD ROOFTOP CLUB;
WRIGLEY ROOFTOPS IV, L.L.C. d/b/a
SHEFFIELD BASEBALL CLUB; and
THOMAS GRAMATIS

By: /s/ George R. Spatz
One of Their Attorneys

Kenneth K. Dort (ARDC No. 6193880)
George R. Spatz (ARDC No. 6237555)
Jeremiah J. Posedel (ARDC No. 6291892)
**McGuireWoods LLP**
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1818
T: (312) 849-8100
F: (312) 698-4574

## CERTIFICATE OF SERVICE

  I, George R. Spatz, an attorney, state that on March 31, 2008, in accordance with Local Rules 5.5 and 5.9, the foregoing NOTICE OF FILING and DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR INJUNCTION, DAMAGES AND OTHER RELIEF was electronically filed with the Clerk of the Court and served upon all counsel of record through the CM-ECF system.

              s/ George R. Spatz
              One of Defendants' Attorneys