**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Chicago National League Ball Club, L.L.C.

                        Plaintiff,

v.                                                   Case No.: 1:08−cv−00968

                                                             Honorable Samuel Der−Yeghiayan

Wrigley Rooftops III, L.L.C., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2008:

    MINUTE entry before Judge Honorable Samuel Der−Yeghiayan:Defendant's motion to dismiss count II for lack of jurisdiction [14] is entered and continued. Plaintiff is given until 04/24/08 to file its response and Defendants are given until 05/01/08 to file their reply. Initial status hearing reset to 06/11/08 at 9:00 a.m. Initial status hearing set for 04/17/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.