IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO NATIONAL LEAGUE BALL CLUB, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 08 C 968 |
| v. | ) ) | Judge Der-Yeghiayan |
| WRIGLEY ROOFTOPS III, L.L.C., d/b/a Wrigley Field Rooftop Club; WRIGLEY ROOFTOPS IV, L.L.C., d/b/a Sheffield Baseball Club; and THOMAS GRAMATIS, | ) ) ) ) ) | Magistrate Judge Cox |
| Defendants. | ) ) | |

**AGREED MOTION TO AMEND BRIEFING SCHEDULE**

Plaintiff Chicago National League Ball Club, LLC respectfully requests that the Court extend the schedule for briefing defendants' Motion to Dismiss Count II by two weeks. In support of its motion, plaintiff states as follows:

1. On April 3, 2008, the Court set the following schedule for briefing defendants' Motion to Dismiss Count II:

   4/24/08    Plaintiff's response brief is due

   5/1/08     Defendants' reply brief is due.

2. The parties are engaged in settlement negotiations and hope to be able to reach a negotiated resolution of this matter. Plaintiff would like to extend the schedule for briefing defendants' motion by two weeks so the parties may focus their efforts on settlement. Defendants have agreed to this, provided their reply brief would be due on May 19, 2008.

WHEREFORE, plaintiff requests that the Court strike the current briefing schedule and set the following schedule:

| | |
|---|---|
| 5/8/08 | Plaintiff's response brief is due |
| 5/19/08 | Defendants' reply brief is due. |

Dated:  April 21, 2008                                             Respectfully submitted,

                                                                                    CHICAGO NATIONAL LEAGUE
                                                                                    BASEBALL CLUB, L.L.C.


                                                                                    By:    /s/  Gary M. Miller
                                                                                           One of Its Attorneys

John R. McCambridge
Gary M. Miller
GRIPPO & ELDEN
111 South Wacker Drive
Chicago, Illinois 60606
(312) 704-7700

149326v1