IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO NATIONAL LEAGUE BALL CLUB, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WRIGLEY ROOFTOPS III, L.L.C., d/b/a Wrigley Field Rooftop Club; WRIGLEY ROOFTOPS IV, L.L.C., d/b/a Sheffield Baseball Club; and THOMAS GRAMATIS, <br><br> Defendants. | Case No. 08 C 968 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Cox |

## NOTICE OF MOTION

TO:  Kenneth K. Dort
     George R. Spatz
     Jeremiah J. Posedel
     McGuire Woods LLP
     77 West Wacker Drive, Suite 4100
     Chicago, IL  60601-1818

   **PLEASE TAKE NOTICE** that on **Thursday, April 24 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Samuel Der-Yeghiayan or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1903 of the United States District Court for the Northern District of Illinois located at 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the attached **AGREED MOTION TO AMEND BRIEFING SCHEDULE**, a copy of which is hereby served upon you.

Dated:  April 21, 2008                                    Respectfully submitted,

                                                          CHICAGO NATIONAL LEAGUE
                                                          BASEBALL CLUB, L.L.C.

                                                          By:   /s/ Gary M. Miller
                                                              One of Its Attorneys

John R. McCambridge
Gary M. Miller
GRIPPO & ELDEN
111 South Wacker Drive
Chicago, Illinois 60606
(312) 704-7700


149332v1

## CERTIFICATE OF SERVICE

    I, Gary M. Miller, an attorney, hereby certify that on April 21, 2008, I caused the attached **NOTICE OF MOTION** and **AGREED MOTION TO AMEND BRIEFING SCHEDULE** to be electronically filed with the Clerk of Court and served upon the following counsel of record through the CM-ECF system.

> Kenneth K. Dort
> George R. Spatz
> Jeremiah J. Posedel
> McGuire Woods LLP
> 77 West Wacker Drive
> Suite 4100
> Chicago, IL  60601-1818

                        /s/ Gary M. Miller

149332v1