UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Chicago National League Ball Club, L.L.C.
                                        Plaintiff,
v.                                                      Case No.: 1:08−cv−00968
                                                        Honorable Samuel Der−Yeghiayan

Wrigley Rooftops III, L.L.C., et al.
                                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

    MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Plaintiff's agreed motion for extension of time to respond to Defendants Wrigley Rooftops III, L.L.C., Wrigley Rooftops IV, L.L.C., Thomas Gramatis' motion to dismiss for lack of jurisdiction over Count II [19] is granted to and including 05/08/08 and Defendants' reply shall be filed by 05/19/08. Status hearing reset to 06/25/08 at 9:00 a.m. Status hearing set for 06/11/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.