IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO NATIONAL LEAGUE BALL CLUB, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> WRIGLEY ROOFTOPS III, L.L.C., d/b/a Wrigley Field Rooftop Club; WRIGLEY ROOFTOPS IV, L.L.C., d/b/a Sheffield Baseball Club; and THOMAS GRAMATIS, <br><br> Defendants. | Case No. 08 C 968 <br><br> Judge Samuel Der-Yeghiayan <br><br> Magistrate Judge Susan E. Cox |

**STIPULATION OF DISMISSAL**

Plaintiff Chicago National League Ball Club, L.L.C. ("Cubs") and Defendants Wrigley Rooftops III, L.L.C., d/b/a Wrigley Field Rooftop Club; Wrigley Rooftops IV, L.L.C., d/b/a Sheffield Baseball Club; and Thomas Gramatis, ("Defendants") have entered into a written Settlement Agreement resolving their disputes. Pursuant to the terms of the Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Cubs and Defendants hereby stipulate to the dismissal without prejudice of this lawsuit, with each side to bear its own fees and expenses.

Dated: May 7, 2008                                                          Respectfully submitted,

| | |
|---|---|
| CHICAGO NATIONAL LEAGUE BALL CLUB, LLC | WRIGLEY ROOFTOPS III, L.L.C., d/b/a Wrigley Field Rooftop Club; WRIGLEY ROOFTOPS IV, L.L.C., d/b/a Sheffield Baseball Club; and THOMAS GRAMATIS |
| By:   /s/ Gary M. Miller       <br>         One of Its Attorneys | By:   /s/ Kenneth K. Dort       <br>         One of Their Attorneys |

150384v2

-2-

| | |
|---|---|
| Gary M. Miller | Kenneth K. Dort |
| GRIPPO & ELDEN LLC | George R. Spatz |
| 111 South Wacker Drive | Jeremiah J. Posedel |
| Suite 5100 | McGUIREWOODS LLP |
| Chicago, IL  60606 | 77 West Wacker Drive, Suite 4100 |
| (312) 704-7700 | Chicago, Illinois 60601-1818 |
| | (312) 849-8100 |

-2-

150384v2